# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MICHAEL REYNOLDS,<br><br>        Petitioner,<br><br>        v.<br><br>NEIL MCDOWELL,<br><br>        Respondent. | Case No. SACV 14-1972-JAK (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 9/1/17

                                          JOHN A. KRONSTADT
                                          UNITED STATES DISTRICT JUDGE